**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North 2nd Street, Suite 205
San Jose, CA 95113
Telephone:   (408) 295-0137
Facsimile:   (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELLE RIDOLA, <br><br> Plaintiff, <br><br> vs. <br><br> BY-THE-BAY INVESTMENTS, INC. et al. <br><br> Defendants. | Case No. 17-cv-05019-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants BY-THE-BAY INVESTMENTS, INC., a California corporation; UIS SOUTH BAY INC., a California corporation, d/b/a CARL'S JR. /GREEN BURRITO; HYUN K. LEE, an individual, and HYO S. LEE, an individual (collectively, "Defendants"), acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this entire action, including all cross-claims and counter-claims, be dismissed with prejudice, with each side to bear her/its own attorneys' fees, costs, and litigation expenses. Pursuant to and in accordance with Section 7 of General Order 56, the parties

FURTHER STIPULATE and request that the Court retain jurisdiction over enforcement of the terms of the parties' SETTLEMENT AGREEMENT AND GENERAL RELEASE.

Respectfully submitted,

Dated: June 21, 2018         /s/
Irakli Karbelashvili, Attorney for Plaintiff RACHELLE RIDOLA

Dated: June 20, 2018         /s/
Joe McCarthy, Attorney for Defendants HYUN K. LEE and HYO K. LEE

Dated: June 18, 2018         /s/
John E. Belisle, Attorney for Defendant BY-THE-BAY-INVESTMENTS, INC.

Dated: June 15, 2018         /s/
Gautam Dutta, Attorney for Defendants UIS SOUTH BAY, INC.

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received the concurrence of defense counsel in the filing of this document.

         /s/
Irakli Karbelashvili

1
2
3                              **[PROPOSED] ORDER**
4       Having reviewed the above stipulation, and good cause having been shown, this entire
5  action, including all cross-claims and counter-claims, is dismissed with prejudice with each side
6  bearing her/its own attorneys' fees, litigation expenses, and costs. The Court retains jurisdiction
7  over the SETTLEMENT AGREEMENT AND GENERAL RELEASE.
       The Clerk shall close the file.
8      **IT IS SO ORDERED**
9
10
11 Dated: June 22, 2018                          *Lucy H. Koh*
                                                United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28